**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. TODD HEATH, *et al*. | ) ) ) ) |
| and | ) ) |
| | )    No:  14-7094 |
| TODD HEATH, | ) ) |
| Appellant, | ) ) |
| v. | ) ) |
| AT&T, Inc., *et al*., | ) ) |
| Appellees. | ) |

**STATEMENT REGARDING DEFERRED JOINT APPENDIX**

Pursuant to this Court's July 9, 2014 Order and D.C. Cir. Rule 30(c), Appellant, Todd Heath, states that he does not intend to utilize a deferred joint appendix.

Dated:  August 6, 2014

Respectfully submitted,

/s/ Matthew E. Miller
Jonathan W. Cuneo
Matthew E. Miller
CUNEO GILBERT & LADUCA LLP
507 C Street NE
Washington, DC 20002
Telephone: (202) 587-5065
Facsimile:  (202) 789-1813

1

Email: jonc@cuneolaw.com
          mmiller@cuneolaw.com

Scott R. Shepherd (application for admission pending)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: sshepherd@sfmslaw.com

James E. Miller (application for admission pending)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, CT  06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com

Rose F. Luzon (application for admission pending)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367
Email: rluzon@sfmslaw.com

***Counsel for Appellant Todd Heath***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 6, 2014, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF system, which then sent a

notification of such filing (NEF) to the following (to whom I also caused a

courtesy copy to be transmitted by U.S. Mail):

> David F. Dowd
> Mayer Brown LLP
> 1999 K Street, Northwest
> Washington, DC 20006
> Telephone:  (202) 263-3000
> Facsimile:  (202) 263-3300
> Email:  ddowd@mayerbrown.com
>
> Michael J. Gill
> Demetrios G. Metropoulos
> Mayer Brown LLP
> 71 South Wacker Drive
> Chicago, IL 60606
> Telephone:  (312) 782-0600
> Facsimile:  (312) 701-7711
> Email:  mgill@mayerbrown.com
>      demetro@mayerbrown.com
>
> Loren L. AliKhan, Deputy Solicitor General
> Office of the Attorney General, District of Columbia
> Office of the Solicitor General
> 441 4th Street, NW
> One Judiciary Square, Sixth Floor
> Washington, DC 20001-2714
> Telephone:  (202) 727-3400
> Email: Loren.AliKhan@dc.gov

Dated: August 6, 2014                     /s/ Matthew E. Miller

                                          Matthew E. Miller

3